Michael *vs.* Schroeder, *et al.*

Appeal from *Baltimore* County Court. The appellant having petitioned for the benefit of the insolvent laws, the appellees, his creditors, exhibited to the court certain allegations against his being discharged under those laws, praying that issues in a summary way, without the form of an action, might be directed to determine the truth of the allegations. The petitioner made a suggestion, supported by affidavit, that he could not have a fair and impartial trial in that court, and prayed that the record of the proceedings might be removed to *Harford* county court, to be there heard and determined. But the Court, [*Nicholson,* Ch. J. and *Bland,* A. J.] being divided in opinion, did not give the direction and order as prayed. The petitioner excepted, and appealed to this court, where the case was argued before Buchanan, Earle, Johnson and Martin, J. by

Allegations by a creditor against a petitioner for the benefit of the insolvent laws, cannot be removed, under a suggestion, to an adjoining county for trial.

*Brice,* for the Appellant, and by
*W. Dorsey* for Appellee.

JUDGMENT AFFIRMED.